## KENNETH C. SLOAN ET AL. *v.* MATTHEW F. KUBITSKY ET AL.

The petition by Edward J. Winter, Jr,. for certification for appeal from the Appellate Court, 48 Conn. App. 835 (AC 16471), is granted, limited to the following issue:

"Whether the Appellate Court properly affirmed the trial court's decision precluding the guarantor from asserting the defense of recoupment?"

The Supreme Court docket number is SC 15999.

*Lars Edeen, Jr.*, in support of the petition.

*Frank R. Grundman* and *John H. Hanks*, in opposition.

Decided September 15, 1998

## STATE OF CONNECTICUT *v.* HENRY CARTER

The defendant's petition for certification for appeal from the Appellate Court, 48 Conn. App. 755 (AC 16682), is denied.

*Neal Cone*, assistant public defender, in support of the petition.

*Frederick W. Fawcett*, assistant state's attorney, in opposition.